**James A. Saville, Jr.**
**Charles M. Henderson, III**
**HILL RIVKINS LLP**

45 Broadway, Suite 2100
New York, New York 10006-3793
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HDI GLOBAL INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> KUEHNE + NAGEL, INC. t/a <br> BLUE ANCHOR AMERICA LINE, <br><br> Defendant. | Case No. -cv- <br><br><br> **COMPLAINT** |

Plaintiff, HDI Global Insurance Company, by and through its attorneys, as and for its Complaint against the Defendant hereby alleges upon information and belief as follows:

**PARTIES**

1. Plaintiff, HDI Global Insurance Company ("HDI" or "Plaintiff"), was and now is a corporation organized and existing under Illinois law with an office and principal place of business at 161 North Clark Street – 48th Floor, Chicago, IL 60601. Pursuant to a policy of insurance, HDI paid its insured, MAHLE Behr Charleston, Inc. ("Insured"), for loss of and/or damage to the subject shipments and has become subrogated to the rights of its Insured, whatever those rights may be.

2. Defendant, Kuehne + Nagel, Inc. t/a Blue Anchor America Line ("BAL" or

1

"Defendant"), was and now is a corporation organized and existing under New York law with an office and principal place of business at 10 Exchange Place, Jersey City, New Jersey 07302.

## JURISDICTION

3. This Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. §1333 in this is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Alternatively, this Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 in that Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4. The U.S. District Court for the Southern District of New York is the proper venue for this action by virtue of the forum-selection clause contained in the operative bills of lading, sea waybills, terms and conditions of service, and/or contracts of carriage for the shipments at issue. BAL also has consented to the personal jurisdiction of this Honorable Court by virtue of the same forum-selection clause.

## THE CLAIM

5. In or about September 2022, Electrical Components International, with a place of business in Zaragoza, Spain, sold 480 reels of electrical wire harnesses (the "Cargo") to the Insured.

6. Thereafter, the Insured retained BAL to transport and/or arrange for the transportation of the Cargo from Zaragoza, Spain to Charleston, South Carolina via New York, New York (the "Shipment").

7. BAL received, accepted, delivered, and loaded the Cargo in Container GESU6186849 (the "Container") for certain consideration, in turn, prepared and/or drafted sea waybills and arranged for the transportation of the Cargo to APM Terminals Barcelona for loading

aboard the M/V CHICAGO EXPRESS, Voyage No. OMRBNW1MA.

8. The Cargo of electrical wire harnesses was delivered to Defendant in good order and condition and suitable in all respects for transport.

9. However, during the loading process aboard the M/V CHICAGO EXPRESS, the Container was dropped into the water resulting in the loss of, and damage to, the Cargo of electrical wire harnesses.

10. By reasons of the premises, Defendant breached and violated its duties and obligations as a common carrier and bailee of the Cargo, was negligent and careless in its handling of the subject Shipment and was otherwise at fault.

11. Plaintiff was the shipper, owner, consignee and/or insurer of the subject Shipment and brings this action on its own behalf and on behalf of all parties who are or may become interested in the subject Shipment, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

12. Plaintiff has performed all duties and obligations on its part to be performed.

13. By reason of the premises, Plaintiff has sustained damages as nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the total amount of $127,075.17, plus interest, costs and attorneys' fees.

*W H E R E F O R E,* Plaintiff prays:

1. That process in due form of law according to the practice of this Court may issue against the Defendant.

2. That a decree may be entered in favor of Plaintiff against Defendant in the amount of $127,075.17, together with pre-judgment interest, costs and attorneys' fees.

3. Plaintiff further prays for such other, further and different relief as to this Court may deem just and proper in the premises.

Dated: New York, New York
July 21, 2023

**HILL RIVKINS LLP**
**Attorneys for Plaintiff**

By: /s/ James A. Saville, Jr.

JAMES A. SAVILLE, JR.
CHARLES M. HENDERSON, III
45 Broadway, Suite 2110
New York, NY 10006
(212) 669-0640 - Telephone
(212) 669-0698 – Facsimile
jsaville@hillrivkins.com
chenderson@hillrivkins.com