```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HDI GLOBAL INSURANCE CO.,                                        :
                                                                 :
                        Plaintiff,                               :
                                                                 :        23-cv-6351 (LJL)
        -v-                                                      :
                                                                 :            ORDER
KUEHNE + NAGLE, INC.,                                            :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a conference on September 18, 2024.

The parties shall inform the Court by October 2, 2024 whether they are prepared to stipulate with respect to liability or, in the alternative, their positions with respect to a trial limited, pursuant to Federal Rule of Civil Procedure 42(b), solely to the issue of the application of the package limitation to this case.

A bench trial in this case shall begin on January 15, 2025 in Courtroom 15C, 500 Pearl Street, New York, NY 10007 at 10 a.m. A joint pretrial order is due by December 20, 2024. The parties shall submit any documents they intend to use at trial by December 20, 2024. The Court will hear direct testimony of witnesses under a party's control by declaration and such declarations are due by December 20, 2024. At trial, parties will have an opportunity to conduct cross-examination or to take the direct examination of any witness not under their control.

If any party wishes to make any motions in limine, such motions are due by December 20, 2024, and any oppositions to such motions are due by December 27, 2024.

The Court will hold a final pretrial conference telephonically on January 9, 2025 at 2 p.m.

Following the bench trial, the Court will hear oral argument in Courtroom 15C at the 500 Pearl Street Courthouse on January 22, 2025 at 10 a.m. with respect to what conclusions it should reach based on the evidence presented at the bench trial.

SO ORDERED.

Dated: September 18, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge