# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HDI GLOBAL INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| - v- | § | 23-cv-6351 (LJL) |
| | § | |
| KUEHNE + NAGEL, INC. t/a | § | |
| BLUE ANCHOR AMERICA LINE, | § | |
| | § | |
| Defendant. | § | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff HDI GLOBAL INSURANCE CO. ("Plaintiff" or "HDI") in the above-named case appeals to the United States Court of Appeals for the Second Circuit from: (1) the Memorandum and Order denying Plaintiff's motion opposing Defendant's motion for partial summary judgment and in support of Plaintiff's cross-motion to strike Defendant's second, third, and ninth affirmative defenses entered on September 13, 2024 ("Partial Summary Judgment Order," Document No. 37), (2) the Memorandum and Order denying Plaintiff's motion for reconsideration of the Partial Summary Judgment Order entered on October 23, 2024 (Document No. 48), and (3) the Opinion and Order that held the proper unit for limitation of liability purposes is a pallet and which directed that

judgment be entered in favor of Plaintiff in the amount of $12,000 entered on

February 10, 2025 (Document Nos. 74 and 76).

Dated:      New York, New York
              March 6, 2025

**HILL RIVKINS LLP**
**Attorneys for Plaintiff**
*HDI Global Insurance Co.*

By: _____

CHARLES M. HENDERSON, III
JAMES A. SAVILLE, JR.
45 Broadway, Suite 2110
New York, NY 10006
(212) 669-0600 - Telephone
chenderson@hillrivkins.com
jsaville@hillrivkins.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of New York, using the CM/ECF system of the Court, which will cause the electronic case filing system to send a "Notice of Electronic Filing" to all attorneys of record.

_Charles M. Henderson, III_